**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**DEC 21 1999**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

HELEN COLEMAN GIGGER,

　　　　Plaintiff-Appellant,

v.

DELTA SIGMA THETA, INC., GLORIA
JOHNSON, BERTHA RODDEY, and
MARCIA FUDGE,

　　　　Defendants-Appellees.

No. 98-6424
(D. C.  No. CV-97-802-T)
(Western District of Oklahoma)

---

**ORDER AND JUDGMENT**[*]

---

Before **ANDERSON, McKAY, and HENRY**, Circuit Judges.

---

　　　Helen Coleman Gigger appeals the district court's grant of summary judgment

against her and in favor of the defendants Delta Sigma Theta, Inc., Gloria Johnson,

Bertha Roddey, and Marcia Fudge on her claims for defamation, invasion of privacy,

misrepresentation, negligence, and breach of fiduciary duty.  She also appeals the district

court's denial of her motion to remand the case to the District Court of Oklahoma County

---

[*]　This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

(where it was originally filed), and the district court's denial of her motion to disqualify opposing counsel.

Upon review of the briefs, the record, and the contentions of counsel at oral argument, we find no error in the district court's rulings on these motions. The district court's rulings are thorough and well-reasoned, and we need not add to its analysis of the issues.

Accordingly, the judgment of the district court is AFFIRMED for substantially the same reasons set forth its orders granting the defendants' motion for summary judgment and denying Ms. Gigger's motion to remand and motion to disqualify opposing counsel.[1]

Entered for the Court,

Robert H. Henry
Circuit Judge

---

[1] Copies of the orders are attached.

2

Attachments not available electronically.